**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Petitioner Brandon Canup certifies that, to the best of his knowledge, the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this mandamus petition, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. Petitioner is unaware of any publicly traded corporation owning 10% or more of any corporate party.

1. Aylstock, Bryan F.

2. Aylstock, Witkin, Kreis & Overholtz, PLC

3. Bolitho, Hon. Zachary

4. Bradford, Bobby J.

5. Brown, Gregory

6. Burns, Michael A.

7. Canup, Brandon

8. Cole, Scott & Kissane, PA

9. Fleming, Nolen & Jez, LLP

10. Keeton, Justin

11. Lloyd, Gray, Whitehead & Monroe, PC

12. Mostyn Law Firm, PC

13. Rettig, Gregory

14. Roberts, Cliff

15. Rodgers, Hon. M. Casey

16. Stevenson, Benjamin James

17. Stevenson Legal, PLLC

18. Vine, Jonathan

*/s/ Brandon Canup*

Brandon Canup, Petitioner
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***