Appeal No.: 26-11887-C   IN RE: BRANDON CANUP

## IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IN RE: BRANDON CANUP | Appeal No.: 26-11887-C |

### PETITIONER BRANDON CANUP'S FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Petitioner Brandon Canup ("Canup"), proceeding pro se, and files this Amended Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-4. Canup files this amended certificate to add attorney Jonathan Fernandez, who has appeared on behalf of Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP in the District Court proceedings since the filing of Canup's Petition for Writ of Mandamus.

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Petitioner Brandon Canup certifies that, to the best of his knowledge, the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this mandamus petition, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held

C-1 of 3

Appeal No.: 26-11887-C   IN RE: BRANDON CANUP

company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. Petitioner is unaware of any publicly traded corporation owning 10% or more of any corporate party.

1.   Aylstock, Bryan F.

2.   Aylstock, Witkin, Kreis & Overholtz, PLC

3.   Bolitho, Hon. Zachary

4.   Bradford, Bobby J.

5.   Brown, Gregory

6.   Burns, Michael A.

7.   Canup, Brandon

8.   Cole, Scott & Kissane, PA

9.   Fernandez, Jonathan

10.   Fleming, Nolen & Jez, LLP

11.   Keeton, Justin

12.   Lloyd, Gray, Whitehead & Monroe, PC

13.   Mostyn Law Firm, PC

14.   Rettig, Gregory

15.   Roberts, Cliff

16.   Rodgers, Hon. M. Casey

17.   Stevenson, Benjamin James

Appeal No.: 26-11887-C   IN RE: BRANDON CANUP

18.    Stevenson Legal, PLLC

19.    Vine, Jonathan

Signed this 16th day of June, 2026.          Respectfully submitted

*/s/ Brandon Canup*

Brandon Canup, Petitioner
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***

C-3 of 3

Appeal No.: 26-11887-C    IN RE: BRANDON CANUP

## Certificate Of Service

I HEREBY CERTIFY that I filed this Amended Certificate of Interested Persons and Corporate Disclosure Statement using the court's electronic-filing system and that a copy of this document was furnished pursuant to Federal Rule of Appellate Procedure 25(d) via email on this 16th day of June 2026 to the following:

Hon. M. Casey Rodgers
District Judge of the United States District Court,
Northern District of Florida
flnd_rodgers@flnd.uscourts.gov

Gregory K. Rettig
Counsel for Defendants Bryan Aylstock,
Bobby Bradford and Aylstock, Witkin, Kreis &
Overholtz, PLC
grettig@lgwmlaw.com

Jonathan Vine
Counsel for Defendants Gregory Brown,
Cliff Roberts and Fleming, Nolen & Jez, LLP
jonathan.vine@csklegal.com

Benjamin Stevenson
Counsel for Defendant
Mostyn Law Firm, PC
bjs@stevenson-legal.com

/s/ Brandon Canup

Brandon Canup, Petitioner
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***