UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

In re Brandon Canup,

    Petitioner.                    Case No.: 26-11887-C

_____ /

### MOSTYN LAW'S CIP

Respondent Mostyn Law Firm P.C. confirms that the Amended Certificate of

Interested Persons (11th Cir. ECF No. 6) filed by Petitioner Canup is correct and

complete.


    Respectfully Submitted,

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Stevenson Legal, PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com

*Counsel for Mostyn Law*