UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

In re Brandon Canup,

    Petitioner.                     Case No.: 26-11887-C

                                /

## MOSTYN LAW'S RESPONSE TO MOTION TO STAY

Respondent Mostyn Law Firm P.C. urges this Court to deny Petitioner Brandon Canup's motion to stay. 11th Cir. ECF No. 7. Canup will neither "succeed on the merits" nor be "irreparably injured absent a stay." *Nken v. Holder*, 556 U.S. 418, 426 (2009) (providing stay factors). No stay is warranted.

Canup is unlikely to succeed in obtaining the requested mandamus relief. The district court judge correctly declined to recuse herself because no bias, appearance of impropriety, or extrajudicial communications justified recusal. Pet. App. (11th Cir. ECF No. 5-1) at 111-120. Recusal is not warranted for "imaginary reasons." *Murray v. Scott*, 253 F.3d 1308, 1313 (11th Cir. 2001). Canup has not shown the district court abused its discretion—"that the impropriety is clear and one which would be recognized by *all* objective, reasonable persons." *United States v. Bailey*, 175 F.3d 966, 968 (11th Cir. 1999) (emphasis added). Furthermore, Canup has not shown that he has a "clear and indisputable" right to the requested mandamus relief. *Kerr v. U. S. Dist. Court for N. Dist. of California*, 426 U.S. 394, 403 (1976).

Canup will not be irreparably injured. Ordinary litigation burdens are not irreparable harm. *See Nken*, 556 U.S. at 434–35. Discovery has not begun in the district court. Canup's outstanding work consists of responding to motions to dismiss (three or four). Canup will need to respond to these motions regardless of the sitting judge.

## Certificate of Compliance

I certify that this filing complies with the type-volume limitations. It contains a total of 349 words.

## Certificate of Service

I hereby certify that the e-file date noted in the header, a copy of this document was furnished by email to the following:

Gregory K. Rettig (grettig@lgwmlaw.com) – Counsel for Respondent Aylstock
Jonathan Vine (Jonathan.Vine@csklegal.com) - Counsel for Respondent Brown
Brandon Canup (canup.brandon@gmail.com) - Petitioner


Respectfully Submitted,

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Stevenson Legal, PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com

*Counsel for Mostyn Law*