## UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT

In re Brandon Canup,

    Petitioner.                                Case No.: 26-11887-C

## NOTICE THAT CERTIFICATE OF INTERESTED PERSONS IS CORRECT AND COMPLETE

Respondents Bryan F. Aylstock, Aylstock, Witkin, Kreis & Overholtz, PLLC, and Bobby Bradford, by and through undersigned counsel, hereby notify the Court that the Amended Certificate of Interested Persons filed by Petitioner (11th Cir. ECF No. 6) is correct and complete and includes all persons and entities required to be disclosed by Respondents.

Dated: July 2, 2026.

                                  Respectfully Submitted,

                                  ***/s/ Gregory K. Rettig***

                                  Gregory K. Rettig (Fla. Bar No. 172774)
                                  *Counsel for Bryan F. Aylstock, Aylstock, Witkin, Kreis & Overholtz, PLLC, and Bobby Bradford*

**FOR THE FIRM:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
125 W. Romana Street, Suite 330
Pensacola, Florida 32502
Telephone: (850) 777-3322
Facsimile: (850) 777-3290
grettig@lgwmlaw.com
jscoggins@lgwmlaw.com
lglover@lgwmlaw.com
egates@lgwmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I electronically filed the foregoing Respondents' Response in Opposition to Petitioner's Motion to Stay District Court Proceedings with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will automatically serve notice of such filing on all counsel of record registered to receive CM/ECF notices.

*/s/ Gregory K. Rettig*
*Counsel for Bryan F. Aylstock, Aylstock, Witkin, Kreis & Overholtz, PLLC, and Bobby Bradford*

5382648_1