# UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

|  |  |
|---|---|
| In re Brandon Canup,<br><br>    Petitioner.<br><br>    v.<br><br>BRYAN F. AYLSTOCK, BOBBY BRADFORD, MICHAEL BURNS, CLIFF ROBERTS, GREGORY BROWN, AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC, FLEMING NOLEN & JEZ LLP, and MOSTYN LAW FIRM PC.<br><br>    Respondents. | Case No.: 26-11887-C |

## <u>CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENTS</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Respondents, GREGORY BROWN ("Brown"), CLIFF ROBERTS ("Roberts"), and FLEMING NOLEN & JEZ LLP (collectively "Respondents"), certifies that, to the best of Respondents' knowledge, the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this mandamus petition, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of

C-**1** of **4**

the party's stock, and other identifiable legal entities related to a party. Respondents are unaware of any publicly traded corporation owning 10% or more of any corporate party

1. Aylstock, Bryan F., *Defendant/Appellee*;

2. Aylstock, Witkin, Kreis & Overholtz, PLC, *Defendant/Appellee*;

3. Bolitho, Hon. Zachary, *Magistrate Judge*;

4. Bradford, Bobby J., *Defendant/Appellee*;

5. Brown, Gregory, *Defendant/Appellee*;

6. Burns, James Martinez, *Trial Counsel for Defendant/ Appellee, Michael Burns*;

7. Burns Law, LLC, *Law Firm representing Defendant/ Appellee, Michael Burns*;

8. Burns, Michael A., *Defendant/Appellee*;

9. Canup, Brandon, *Plaintiff/Appellant*;

10. Cole, Scott & Kissane, PA, *Law Firm representing Defendants/Appellees, Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP*;

11. Fernandez, Jonathan, *Trial Counsel for Defendants/Appellees, Gregory Brown , Cliff Roberts, and Fleming, Nolen & Jez, LLP*;

12. Fleming, Nolen & Jez, LLP, *Defendant/Appellee*;

13. James Burns, PA, *Law Firm representing Defendant/Appellee, Michael Burns*;

14. Keeton, Justin, *Trial Counsel for Defendant/Appellee, Aylstock, Witkin, Kreis & Overholtz, PLC, Bryan Aylstock, and Bobby Bradford*;

15. Lloyd, Gray, Whitehead & Monroe, PC, *Law Firm representing Defendant/ Appellee, Aylstock, Witkin, Kreis & Overholtz, PLC, Bryan Aylstock, and Bobby Bradford*;

16. Mostyn Law Firm, PC, *Defendant/Appellee*;

17. Rettig, Gregory, *Trial Counsel for Defendant/Appellee, Aylstock, Witkin, Kreis & Overholtz, PLC, Bryan Aylstock, and Bobby Bradford*;

18. Roberts, Cliff, *Defendant/Appellee*;

19. Rodgers, Hon. M. Casey, *Judge*;

20. Rosenberg, Michael A., *Appellate Counsel for Defendants/Appellees, Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP*;

21. Stevenson, Benjamin James, *Trial counsel for Defendant/Appellee Mostyn Law Firm, PC*;

22. Stevenson Legal, PLLC, *Law Firm representing Defendant/Appellee Mostyn Law Firm, PC*; and

23. Vine, Jonathan, *Trial Counsel for Defendant/ Appellee, Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP*.


[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of July 2026, in compliance with Rule 25 of the Fed. R. App. P., a copy of the foregoing is being served upon all counsel of record by through the Court's electronic-filing system.

> COLE, SCOTT & KISSANE, P.A.
> Counsel for *GREGORY BROWN CLIFF ROBERTS*, and *FLEMING NOLEN & JEZ LLP*
> 600 N. Pine Island Rd., Suite 500
> Plantation, Florida 3334
> Telephone (954) 703-3702
> Facsimile (954) 703-3701
> Primary e-mail:
> michael.rosenberg@csklegal.com

> By:  *s/ Michael A. Rosenberg*
> MICHAEL A. ROSENBERG
> Florida Bar No. 95721